**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LIBERTY HEALTHCARE CORPORATION, et al., Plaintiff, | : | CIVIL ACTION |
| | : | No. 26-cv-3253 |
| v. | : | |
| STARR INDEMNITY AND LIABILITY COMPANY, et al., Defendant. | : | |

**<u>ORDER</u>**

**AND NOW**, this 24th day of November, 2026, upon consideration of Plaintiffs' Motino to Remand (ECF No. 28), it is hereby **ORDERED** that the motion is **GRANTED**. It is further ordered that Plaintiffs' Motion to Dismiss (ECF No. 36) is **DENIED** as moot.

BY THE COURT:

/s/ *John Milton Younge*

**Judge John Milton Younge**